# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

132893

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARCIA DOWNS, f/k/a Marcia
Douglas, Personal Representative of the
Estate of Natasha Douglas, Deceased,
         Plaintiff-Appellant,

v

MARILYN KEEBLER, f/k/a MARILYN
S. MORRIS, DEBBIE PLUIM, f/k/a DEBRA
PLUIM, JEFFREY W. WILDER, DANIEL J.
VERBURG, DANIEL VERBURG, M.D., P.C.,
d/b/a BAY VIEW OBSTETRICS & GYNECOLOGY,
and NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
         Defendants-Appellees,

SC: 132893
COA: 253611
Emmet CC: 03-007681-NH

_____/

      By order of April 4, 2007, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals was held in abeyance for *Mullins v St Joseph Mercy Hospital* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, 480 Mich 948 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

_____
Clerk